## ROBINSON etc v SCHRODY

Ohio Appeals, 7th Dist, Monroe Co
Decided December, 1929

Lynch & Sawyers, Woodsfield, for Robinson, etc.

Kremer & McKisson, Woodsfield, for Schrody.

**FARR, J.**

As controlling here, reference may be had to the case of **Kling, Admr. etc. v. Bordner, 65 OS., 86.**

To the same effect, it is held in **Laudt, Sr., et al., v. Parchmann, 7 Oh. App., 164.**

From the foregoing, it becomes clear that the memorandum in writing must be sufficiently definite as to permit the location of the property by the memorandum itself, or by reference to some other instrument in writing, to which it refers.

It is readily apparent that such is not the instant case. In that, the above memorandum simply refers to 3 acres, more or less of land, and 12 acres of coal formerly owned by C. R. Mann of Graysville, Ohio. However, Mann might have owned that much land, and that much coal anywhere on the face of the globe and it is apparent that it could not be located from such description.

The cases to which attention is called by plaintiff in error do not sustain plaintiff in error's contention. It follows, therefore, that the judgment must be affirmed, and it is so ordered.

Pollock and Roberts, JJ., concur.